IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 13-30024-DRH |
| | ) |
| DOUGLAS W. OLIVER, | ) |
| | ) |
| Defendant. | ) |

## INFORMATION CHARGING PRIOR OFFENSE

The United States of America, through its attorneys, Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and Robert L. Garrison, Assistant United States Attorney, files the following Information as to sentencing for use in enhancing any sentence rendered in this case pursuant to Title 21, United States Code, Sections 841, 850, and 851.

1. The Defendant has been charged by the Grand Jury in an Indictment with violations of Title 21, United States Code, Sections 841(a)(1), 846, and 856(a)(1), offenses which occurred from on or about September 1, 2010 through January 21, 2013.

2. On or about January 4, 2002, the Defendant was convicted in the Southern District of Illinois in case number 01-CR-30083-MJR of the offense of Possession with intent to distribute cocaine base, a felony offense.

3. The conviction became final before the commission of the current offense.

WHEREFORE, the United States of America hereby files this Information Charging Prior Offenses to subject the Defendant to the enhanced penalty provisions of Title 21, United

2

States Code, Section 841(a)(1), upon his conviction on the Indictment in this case.

                                          Respectfully submitted,

                                          STEPHEN R. WIGGINTON
                                          United States Attorney

                                          *s/ Robert L. Garrison*
                                          ROBERT L. GARRISON
                                          Assistant United States Attorney
                                          Nine Executive Drive
                                          Fairview Heights, IL 62208
                                          Phone:  (618) 628-3700
                                          E-mail: Robert.L.Garrison@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 13-30024-DRH |
| | ) | |
| DOUGLAS W. OLIVER, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2013, I caused to be electronically filed

INFORMATION CHARGING PRIOR OFFENSE

with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

John D. Stobbs, II.

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney

 *s/ Robert L. Garrison*
ROBERT L. GARRISON
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
Email:  Robert.L.Garrison@usdoj.gov

3